UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD DEE YOUNG, | No. C 06-6380 SI (pr) |
| Petitioner, | **ORDER OF TRANSFER** |
| v. | |
| SCOTT KERNAN, warden, | |
| Respondent. | |

    Ronald Dee Young has filed a petition for writ of habeas corpus to challenge his 1990 conviction in Solano County Superior Court. Solano County lies within the venue of the Eastern District of California. Young is incarcerated at California State Prison - Sacramento in Sacramento County, which lies within the venue of the Eastern District of California. Venue is proper in a habeas action in either the district of confinement or the district of conviction, 28 U.S.C. § 2241(d); however, a petition challenging a conviction or the sentence imposed is preferably heard in the district of conviction. See Habeas L.R. 2254-3(b). Because the conviction occurred in the Eastern District of California, pursuant to 28 U.S.C. § 1404(a) and Habeas L.R. 2254-3(b), and in the interests of justice, this action is TRANSFERRED to the United States District Court for the Eastern District of California. The clerk shall transfer this matter forthwith.

    IT IS SO ORDERED.

DATED: December 15, 2006

                                                                  SUSAN ILLSTON
                                                                 United States District Judge